ROSEMARY WARRENDER, PLAINTIFF-RESPONDENT, v. JOHN WALKER WARRENDER, DEFENDANT-PETITIONER.

See same case below: 79 *N. J. Super.* 114.

*Mr. Leslie H. Cohen* for the petitioner.

*Mr. Samuel Levin* for the respondent.

September 16, 1963.   Granted.

BERNARD M. HARTNETT, PLAINTIFF-PETITIONER, v. HARRY J. THOUROT, DEFENDANT-RESPONDENT.

*Mr. Murray Greiman* and *Messrs. Hannoch, Weisman, Myers, Stern & Besser* for the petitioners.

*Mr. Isadore Glauberman, Mr. Adrian M. Foley, Jr.* and *Mr. Sheldon A. Weiss* for the respondent.

September 16, 1963.   Denied.